**630**

(121 So. 922)

**George GLENN v. STATE. (5 Div. 754.)**

Court of Appeals of Alabama. April 16, 1929.

RICE, J. Affirmed.

(127 So. 920)

**Leroy GLENN v. STATE.**
**4 Div. 590.**

Court of Appeals of Alabama.
Nov. 26, 1929.

T. E. Buntin, of Dothan, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(124 So. 921)

**Bill GLENN v. TOWN OF TARRANT CITY.**
**(6 Div. 675.)**

Court of Appeals of Alabama. Nov. 29, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(123 So. 925)

**J. H. GOFORTH v. CITY OF BIRMINGHAM.**
**(6 Div. 601.)**

Court of Appeals of Alabama. Oct. 8, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(122 So. 922)

**Jimmie GOINGS v. STATE. (8 Div. 766.)**

Court of Appeals of Alabama. May 21, 1929.

BRICKEN, P. J. Appeal dismissed.

(124 So. 921)

**Claud GOLDEN v. STATE. (5 Div. 779.)**

Court of Appeals of Alabama. Nov. 26, 1929.

SAMFORD, J. Appeal dismissed.

(125 So. 920)

**James GOOD v. STATE. (8 Div. 967.)**

Court of Appeals of Alabama. Jan. 28, 1930.

SAMFORD, J. Affirmed.

(122 So. 922)

**R. F. GOODYEAR v. STATE. (3 Div. 641.)**

Court of Appeals of Alabama. May 21, 1929.

BRICKEN, P. J. Affirmed.

(121 So. 922)

**Elmer GOREE v. STATE. (8 Div. 772.)**

Court of Appeals of Alabama. March 26, 1929.

T. C. Almon, of Decatur, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. On authority of Hays v. State, 22 Ala. App. 264, 114 So. 674, and Tuggle v. State, 22 Ala. App. 89, 112 So. 540, this judgment is reversed and the cause remanded.

(128 So. 915)

**C. M. GRACE, etc., v. COX & BRYSON PAV-**
**ING CO. et al.**
**8 Div. 951.**

Court of Appeals of Alabama.
May 22, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.